**Corrected**

# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
CLEM KOEPERICH,                       *
                                      *
              Plaintiff,              *
                                      *   Nos. 15-1253L; 15-21531L
       v.                             *   Filed: April 27, 2021
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

### O R D E R

The court is in receipt of the April 22, 2021 "Notice of Certain Plaintiffs' Acceptance of the United States' Offer of Judgment." Plaintiff's claims are included in the Notice. The claims associated with the above-captioned plaintiff are, hereby, **SEVERED** from the case of Flying S. Land Co., et al. v. United States, Case No. 15-1253L, and shall be reorganized, for case management purposes, into the above-captioned case, Clem Koeperich v. United States, and assigned Case No. 15-21531L. The April 22, 2021 Notice requests that the court direct the entry of judgment for the claims of Clem Koeperich in the amount of $354.88. The Clerk of the Court shall enter **JUDGMENT** in the amount of $354.88 for plaintiff. The entry of judgment by the Clerk's Office shall not affect this court's jurisdiction over the remaining plaintiffs and properties in the case of Flying S. Land Co., et al. v. United States, Case No. 15-1253L.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**